# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 3301 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

December 18, 2012

By ECF
The Honorable Cheryl L. Pollack
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Poyser v. City of New York*, 12-cv-02742-NGG-CLP

Your Honor:

      I represent the plaintiff in this civil rights action.  I write to notify the Court that the plaintiff has agreed to accept the City of New York's December 3, 2012 Rule 68 Offer of Judgment for the sum of Ten Thousand and One Dollars ($10,001.00) plus reasonable attorney's fees, expenses and costs to the date of the offer.

      Respectfully,

      s/
      Michael O. Hueston

Cc:    Noreen Stackhouse, Esq. (by ecf)